UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18CR 96 (VLB) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| MICHAEL BAUER | : | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| | : | (Possession of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2253 |
| | : | (Forfeiture Allegation) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Possession of Child Pornography)

1. On or about December 10, 2015, in the District of Connecticut, defendant MICHAEL BAUER, did knowingly possess material that contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8), including, but not limited to, File #1, File #2, File #3, and File #4, the content of which are known to the United States Attorney, that involved a minor who had not attained 12 years of age, and which had been shipped and transported by any means, including a computer, in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### FORFEITURE ALLEGATION

2. Upon conviction of the offense alleged in Count One of this Information, defendant MICHAEL BAUER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or promote the commission of said offense, all property constituting or traceable to gross profits or other proceeds obtained from such offense, and all visual depictions described in Title 18,

United States Code, Sections 2251 through 2252A, including any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offense, including, but not limited to, the following:

    a. One 320 GB WD HDD, Serial Number WCAV2P201771
    b. One Seagate 500 GB HDD, Serial Number 5VMHYARG
    c. One WD 250 GB HDD, Serial Number WCAT10554903
    d. One Seagate 1TB HDD, Serial Number 9VP8C4CQ
    e. One Maxtor 80 GB HDD, Serial Number L23HZ50G

all of which were seized from the defendant's residence on or about December 10, 2015.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant, up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2253, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

JACABED RODRIGUEZ-COSS
ASSISTANT U.S. ATTORNEY