# UNITED STATES DISTRICT COURT
## District of Connecticut

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Michael Bauer | Case Number: 0205 3:18CR00096-001 |
| | USM Number: 25870-014 |
| | Frank J. Riccio, II |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)  1 - 4  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant is prohibited from accessing or possessing sexually explicit materials involving minors. | 03/25/2022 |
| 2 | The defendant may not associate with children under the age of 18 unless supervised by persons approved by the probation office. | 12/30/2021 |
| 3 | You must answer truthfully the questions asked by your probation officer. | 04/07/2022 |

*Check this box if you require additional space for more violation(s).* ☑
*(See Page Two for additional Violations)*

The defendant is sentenced as provided in pages  2  through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 0073

Defendant's Date of Birth: 1981

Defendant's Residence Address:

July 25, 2022
Date of Imposition of Sentence

*Vanessa L. Bryant* Digitally signed by Vanessa L. Bryant
Date: 2022.07.27 08:28:58 -04'00'
Signature of Judge

The Honorable Vanessa L. Bryant
U.S. District Judge
Name and Title of Judge

July 27, 2022
Date

LF 245D (Rev. 03/2019) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: Michael Bauer
CASE NUMBER: 0205 3:18CR00096-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant shall participate in mental health treatment, with an emphasis on sexual offender treatment, either in-patient or out-patient, to include participation with polygraph administration, as directed by the United States Probation Office. | 03/25/2022 |

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
    Sheet 2 -- Imprisonment

DEFENDANT:       Michael Bauer
CASE NUMBER:     0205 3:18CR00096-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
6 months custody with a self-surrender date of September 9, 2022 to the facility designated by the Bureau of Prisons

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at              on
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☑ before 2 p.m. on September 9, 2022
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
          Sheet 3 -- Supervised Release

DEFENDANT:       Michael Bauer
CASE NUMBER:     0205 3:18CR00096-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 10 years

### MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination you pose a low risk of future substance abuse. *(check if applicable)*

4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

5. ☑ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check, if applicable)*

6. ☐ You must participate in an approved program for domestic abuse. *(check, if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

*Check this box if you require additional space for supervised release terms.* ☐

### STANDARD CONDITIONS OF SUPERVISION

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgement containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at : www.uscourts.gov

Defendant's Signature _____       Date _____

*Check this box if you require additional space for special conditions of supervision.* ☑

DEFENDANT: Michael Bauer
CASE NUMBER: 0205 3:18CR00096-001

## SPECIAL CONDITIONS OF SUPERVISION

(1) The defendant may not possess any child pornography as defined by federal or state law;

(2) The defendant shall participate in programs for mental health evaluations and treatment as directed by the office of probation on an outpatient basis, and on an inpatient basis at the direction of the Court. The defendant shall continue to attend regularly Sex Addicts Anonymous;

(3) The defendant's home, person, vehicle, place of employment and computer shall be subject to search under reasonable suspicion by the probation office and/or law enforcement. Any electronic device to which the defendant has access and has an Internet connection is subject to monitoring;

(4) The defendant may not associate with children under the age of eighteen unless supervised by persons approved by the probation office who specifically know the actions leading to his conviction. He shall not loiter in places where children under the age of eighteen congregate, nor engage in employment or volunteer work involving children;

(5) The defendant shall not associate with other sex offenders except for sex offense treatment;

(6) The defendant shall participate in mental health treatment, with an emphasis on sexual offender treatment, either inpatient or outpatient, to include participation with polygraph administration, as directed by the U.S. Probation Office. The defendant shall pay all, or a portion, of the costs associated with mental health treatment based on his ability to pay, in an amount to be determined by the United States Probation Office;

(7) The defendant shall agree that any device that he uses with Internet access, including a computer, will be equipped with monitoring software that will permit the United States Probation Office to determine whether he has been in contact with minors, either through email, chat rooms, instant messaging or any other electronic means. The defendant shall pay all, or a portion of the costs associated with computer monitoring based on his ability to pay, in an amount to be determined by the United States Probation Office;

(8) The defendant shall consent to third-party disclosure to any employer, potential employer, community service site, or other interested party, as determined by the United States Probation Office, of any computer-related restrictions that are imposed;

(9) The defendant shall have no unsupervised contact with any child under 18 years of age without the express permission of the United States Probation Office and treatment provider. On release, the United States Probation Office will determine whether the defendant may have unsupervised contact with his own children;

(10) The defendant shall permit the United States Probation Office, accompanied by either local, state, or federal law enforcement authorities, upon reasonable suspicion, to conduct a search of the defendant's residence, automobile and workplace for the presence of sexually explicit materials involving minors;

(11) The defendant shall comply with any applicable federal, state and local sex offender registry laws and requirements;

(12) The defendant shall provide the United States Probation Office with access to any requested financial records, including, but not limited to, telephone bills and credit card statements;

(13) The defendant shall not loiter around playgrounds, schools, arcades or any other places where children under the age of 18 congregate. The defendant shall not associate with or have contact with convicted sex offenders or those considered inappropriate by the United States Probation Office because of a connection to sexual abuse of minors or sexually explicit materials involving minors, unless as part of an approved counseling group;

(14) The defendant is prohibited from holding any position of authority or guidance over children or youth groups involving individuals under the age of 18, and

(15) The defendant is prohibited from accessing or possessing sexually explicit materials involving minors.